**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-CV-02481-DDD-STV

KIRSTEN CASTLE,

    Plaintiff,

v.

BRIAN NOLAN,

    Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

COMES NOW the Parties, by and through their undersigned respective counsel, who hereby stipulate to the dismissal, with prejudice, of the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and attorney's fees.

DATED this 22nd day of February, 2024.

| | |
|---|---|
| _/s/ Lauren M. Getsie_<br>Paul E. Collins, Reg. No. 15866<br>Lauren M. Getsie, Reg. No. 35457<br>TREECE ALFREY MUSAT P.C.<br>633 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone:  303-292-2700<br>Facsimile:   303-295-0414<br>Email: pcollins@tamlegal.com<br>Email: lgetsie@tamlegal.com<br>*Attorneys for Defendant, Brian Nolan* | _s/James J. Gende, II_<br>James J. Gende, II, Reg. No. 1030921<br>GENDE LAW OFFICE, S.C.<br>N28W23000 Roundy Dr., St. 200<br>Pewukee, WI 53072<br>Telephone: 262-970-8500<br>Facsimile:  262-970-7100<br>Email: jgende@jamesgendelaw.com<br>*Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of February, 2024, I served the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record to their CM/ECF-registered email addresses:

James J. Gende, II - jgende@jamesgendelaw.com
*Attorney for Plaintiff*

      *s/ Victoria Reimche*
      Victoria Reimche